2771.   CUNNINGHAM *v.* THE STATE.

POWELL, J.   The points presented in the certiorari are without merit.

*Judgment affirmed.*

DECIDED JULY 25, 1910.

Certiorari; from Greene superior court—Judge Lewis.   May 18, 1910.

*Brown & Shipp, Joseph P. Brown,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general, James Davison,* contra.